UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:08-CR-41 |
| | ) | |
| VIOLET WILSON | ) | MATTICE/CARTER |

**O R D E R**

      On August 14, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Violet Wilson's ("Defendant") plea of guilty Count Seven of the Indictment, the lesser included offense of conspiracy to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (also known as "crack") in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), (b) the Court adjudicate Defendant guilty of the charges set forth in Count Seven of the Indictment, the lesser included offense of conspiracy to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (also known as "crack") in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C); and (c) Defendant shall remain in custody pending sentencing in this matter (Doc. 106). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 106) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

      (1) Defendant's plea of guilty to Count Seven of the Indictment, the lesser included offense of conspiracy to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (also known as "crack") in violation of 21 U.S.C.

§§ 846 and 841(b)(1)(C) is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Seven of the Indictment, the lesser included offense of conspiracy to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (also known as "crack") in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C); and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, November 16, 2009, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

        */s/Harry S. Mattice, Jr.*
        HARRY S. MATTICE, JR.
        UNITED STATES DISTRICT JUDGE